# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| TIMOTHY L. ZIMMERMAN,<br>*Plaintiff,* | CIVIL ACTION No. 6:13-CV-00017 |
| v. | <u>ORDER</u> |
| CAROLYN COLVIN, COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant.* | JUDGE NORMAN K. MOON |

On July 29, 2014, Magistrate Judge Robert S. Ballou issued his Report & Recommendation (hereinafter "Report") in this matter, recommending that I grant Plaintiff's Motion for Summary Judgment (docket no. 10) and deny the Commissioner's Motion for Summary Judgment (docket no. 20). My Order issued August 21, 2014 erroneously labelled the Report as recommending the opposite conclusion. Accordingly, my previous Order is vacated, and I now order as follows:

1. The Report of July 29, 2014, is hereby ADOPTED in its entirety;
2. Plaintiff's Motion for Summary Judgment (docket no. 10) is hereby GRANTED;
3. Defendant's Motion for Summary Judgment (docket no. 20) is hereby DENIED;
4. This matter is hereby reversed and remanded for further administrative consideration consistent with the Report.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this  21st  day of August, 2014.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE